### (May 6, 1974)

■ ANTHONY AMATUCCIO, Appellant, v. ANNABEL AMATUCCIO, Respondent. — In an action for divorce, the plaintiff husband appeals, as· limited by his brief, from so much of an order of the Supreme Court, Queens County, entered October 25, 1973, as, without a hearing, denied his motion for custody of the parties' two minor children *pendente lite* and granted such custody to defendant, with visitation rights to plaintiff. Order reversed insofar as appealed from, without costs, and motion remanded to Special Term for a hearing and a new determination. The affirmations of plaintiff, alleging that defendant is an alcoholic, neglected her children and exposed them to immoral conditions, on the basis of a number of

specified incidents and much uncontradicted evidence, were sufficient to require a hearing on the proper custody of the five- and six-year-old children of the parties. Denial of the motion without a hearing and without any reason given therefor was an improvident exercise of discretion. Martuscello, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.